IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Adrienne Dixson, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0026 |
| v. | : | Judge Watson |
| Rebecca Cantor-Martin and Cheryl Achterberg, | : | Magistrate Judge Abel |
| | : | |
| Defendants | : | |

## Order Cancelling Settlement Week Mediation

On August 16, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for September 13, 2012 at 10:30 a.m. be cancelled. Defendants want to take plaintiff's deposition before engaging in settlement discussions. Defendants' counsel cannot take that deposition until mid-October. Counsel believe that the parties will be in a position to mediate in December 2012. The September 2012 Settlement Week mediation is CANCELLED. This case will be re-noticed for the December 2012 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Ritchey Hollenbaugh, 366 East Broad St., Columbus, OH 43215.

s/Mark R. Abel
United States Magistrate Judge