IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Adrienne Dixson, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00026 |
| v. | : | Judge Watson |
| Rebecca Kantor-Martin, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Plaintiff Adrienne Dixson's January 28, 2013 motion for an extension of the deadlines for completing discovery and filing dispositive motions (doc. 20) is GRANTED. Discovery must be completed by March 4, 2013, and dispositive motions must be filed on or before April 1, 2013.

s/Mark R. Abel<br>
United States Magistrate Judge